AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
#### Southern District of Ohio

FILED
RICHARD W. NAGEL
CLERK OF COURT

NOV -7 2025 12:03 P

U.S. DISTRICT COURT
SOUTHERN DISTRICT
COLUMBUS

| | |
|---|---|
| United States of America<br>v.<br>**KLAUDIO PALI**<br><br>*Defendant* | )<br>)<br>) Case No. 2-25-CR-175-SDM<br>)<br>)<br>)<br>) |

RECEIVED
By Tracey Clifford at 3:26 pm, Oct 22, 2025

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* __KLAUDIO PALI__,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Counts 1-9 Wire Fraud 18 U.S.C. § 1343 and § 2
Count 10 Conspiracy to Commit Wire Fraud 18 U.S.C. § 1349

Date: 10/21/2025

/s/ Spencer D. Harris
*Issuing officer's signature*

City and state: Columbus, OH

Spencer D. Harris, CRD
*Printed name and title*

### Return

This warrant was received on *(date)* 10/22/25, and the person was arrested on *(date)* 10/23/25
at *(city and state)* Columbus, OH.

Date: 10/23/25

*[signature]*
*Arresting officer's signature*

Kyle Spence, SA, FBI
*Printed name and title*